UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

POWER DRIVES, INC.,

       Plaintiff,

     v.                            25-CV-533 (JLS) (LGF)

CUMMINS INC.,

       Defendant.
_____

## DECISION AND ORDER

Plaintiff commenced this action on May 16, 2025, asserting claims of a breach of an express contract in New York State Supreme Court, Erie County.  Dkt. 1-1. On June 20, 2025, Defendant removed the action pursuant to 28 U.S.C. § 1446(a) to this Court based on 28 U.S.C. 1332(a) (diversity jurisdiction).  Dkt. 1.  The case has been referred to United States Magistrate Judge Leslie G. Foschio for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C).  Dkt. 5.

On June 27, 2025, Defendant moved to dismiss Plaintiff's Second, Third, and Fourth causes of action pursuant to Rule 12(b)(6) and moved to strike Plaintiff's request for punitive damages.  Dkt. 6.  Plaintiff opposed the motion, Dkt. 14, and Defendant replied.  Dkt. 16.

On May 13, 2026, Judge Foschio issued a Report and Recommendation (R&R) recommending that this Court (1) deny Defendant's motion to dismiss as to Plaintiff's Second cause of action; (2) grant Defendant's motion to dismiss as to Plaintiff's Third and Fourth causes of action; and (3) grant Defendant's motion to

strike Plaintiff's request for punitive damages.  Dkt. 17.  Neither party filed objections, and the time to do so has expired.  *See id.*

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).  A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects.  See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3).  But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised.  *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R and the relevant record and based on that review, and in the absence of any objections, the Court accepts Judge Foschio's recommendation.

Thus, for the reasons in the R&R, Defendant's motion to dismiss (Dkt. 6) is DENIED in part and GRANTED in part.  Accordingly, Plaintiff's Third and Fourth causes of action are dismissed without leave to amend and Plaintiff's request for punitive damages is stricken.  The case is referred back to Judge Foschio consistent with the June 24, 2025, referral order.  *See* Dkt. 5.

SO ORDERED.

Dated:     July 2, 2026
           Buffalo, New York

 

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE

2